AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

FILED
DEC 13 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States of America )
v. )
) Case No.   4:18 MJ 1567 JMB
)
DWYANE UPCHURCH )
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 1, 2018__ in the county of __St. Louis__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Inspector Michael Maxey, U.S. Postal Inspection Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  12/13/18

_____
*Judge's signature*

City and state:  St. Louis, Missouri

Honorable John M. Bodenhausen, U.S. Magistrate Judge
*Printed name and title*